Khushvir Singh SUMAN;
et al., Petitioners,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 07–74600.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

April 14, 2010.

Khushvir Singh Suman, Alameda, CA, pro se.

Punit Singh Suman, Alameda, CA, pro se.

Savita Suman, Alameda, CA, pro se.

Princess Suman, Alameda, CA, pro se.

John Blakeley, Senior Litigation Counsel, James Arthur Hunolt, Senior Litigation Counsel, Jessica Segall, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Khushvir Singh Suman, Savita Suman, and their children, citizens of India, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir.2004), we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because the motion was filed more than three years after the BIA's order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to demonstrate materially changed circumstances in India to qualify for the regulatory exception to the filing deadline, *see id.* § 1003.2(c)(3)(ii); *see also Malty*, 381 F.3d at 945 ("The critical question is ... whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution.").

Petitioners' remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.